UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| RAUL BENITEZ REYES,<br><br>    Petitioner,<br><br>v.<br><br>JOSHUA JOHNSON, et al.,<br><br>    Respondents. | No. 1:26-CV-026-H |

## JUDGMENT

For the reasons stated in the Court's Order (Dkt. No. 4), it is ordered, adjudged, and decreed that the petition for a writ of habeas corpus (Dkt. No. 1) is denied with prejudice.

The Clerk of the Court is directed to close the case.

So ordered on January 22, 2026.

                                                                    _____
                                                                    JAMES WESLEY HENDRIX
                                                                    UNITED STATES DISTRICT JUDGE